**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 09-3616

———————

CARL SIMON,

Appellant

v.

GOVERNMENT OF THE VIRGIN ISLANDS

———————

On Appeal from the District Court
of the Virgin Islands – Appellate Division
(D. C. No. 3-03-cv-00024)
District Judge:  Honorable Daryl D. Donohue
District Judge:  Honorable Raymond L. Finch
District Judge:  Honorable Curtis V. Gomez

———————

Argued on December 8, 2011

Before:  FISHER, GREENAWAY, JR. and ROTH, Circuit Judges

(Opinion filed May 9, 2012)

Joseph A. DiRuzzo, III, Esquire **(Argued)**
Fuerst Ittleman
1001 Brickell Bay Drive
Suite 3200
Miami, FL   33131

        Counsel for Appellant


Office of Attorney General of the Virgin Islands
Department of Justice
Tiffany V. Monrose, Esquire **(Argued)**
34-38 Kronprindsens Gade, GERS Complex, 2nd Floor
Charlotte Amalie
St. Thomas, VI   00802

        Counsel for Appellee


**ROTH,** <u>Circuit Judge</u>:


## ORDER AMENDING SLIP OPINION


    **IT IS ORDERED** that the published Opinion in the above case, filed on May 9, 2012, be amended as follows:

    On **page 12**, **paragraph 2, sentence 1,** delete the following word:

    "CPD"

and **replace it with**:

    "CPC".

On **page 6**, **paragraph 2, line 1,** delete and add to the following**:**

Delete "issued a Certificate of  Appealability," add a comma after
" Joseph A. DiRuzzo, III" and delete the comma after the
word "counsel,"

which will **result in the sentence reading:**

**"**On December 17, 2010, we appointed Joseph A. DiRuzzo, III,
 as counsel and directed the parties to address:"

By the Court,

 JANE R. ROTH
Circuit Judge

Dated:  May 16, 2012
tmm/cc: All counsel of Record